## TOWN OF SEVEN DEVILS v. VILLAGE OF SUGAR MOUNTAIN

No. 189P97

Case below: 125 N.C.App. 692

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## T&T DEVELOPMENT CO. v. SOUTHERN NAT. BANK OF S.C.

No. 155P97

Case below: 125 N.C.App. 600

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## U.S. FIDELITY AND GUARANTY CO. v. SCOTT

No. 6P97

Case below: 124 N.C.App. 224

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## WALKER v. N.C. COASTAL RESOURCES COMM.

No. 464P96

Case below: 124 N.C.App. 1

Petition by respondent (NC Coastal Resources Commission) for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## WILMINGTON STAR-NEWS v. NEW HANOVER REGIONAL MEDICAL CENTER

No. 54PA97

Case below: 125 N.C.App. 174

Petition by respondent (New Hanover Regional) for discretionary review pursuant to G.S. 7A-31 allowed 8 May 1997. Petition by third party respondent (PHP, Inc.) for writ of supersedeas allowed 8 May 1997. Petition by third party respondent (PHP, Inc.) for discretionary review pursuant to G.S. 7A-31 allowed 8 May 1997.